STEVE HANLE *(pro hac vice)*
shanle@stradlinglaw.com
SALIL BALI *(pro hac vice)*
sbali@stradlinglaw.com
IRELAND LARSEN *(pro hac vice)*
ilarsen@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, California 92660
Telephone: 949 725 4000
Facsimile: 949 725 4100

MENG ZHONG (NV Bar No.: 12145)
Meng.Zhong@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
8488 Rozita Lee Ave., Suite 400 Las Vegas, NV 89113
Tel.: (702) 949-8200

*Attorneys for Plaintiffs TSK Laboratory Europe B.V.; Johnson Global Medical Products Inc., d/b/a TSK Laboratory International, Canada; and ACollaboratory America Inc. d/b/a TSK Laboratory America*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

TSK Laboratory Europe B.V.; Johnson Global Medical Products Inc., d/b/a TSK Laboratory International, Canada; and ACollaboratory America Inc. d/b/a TSK Laboratory America,

Plaintiffs,

v.

Kabushikigaisha Tasuku d/b/a TSK Laboratory, Japan,

Defendant.

CASE NO. 2:26-cv-01797-MMD-NJK

**ORDER GRANTING JOINT STIPULATION TO EXTEND CERTAIN DEADLINES**

**(FIRST REQUEST)**

Plaintiffs TSK Laboratory Europe B.V.; Johnson Global Medical Products Inc., d/b/a TSK Laboratory International, Canada; and ACollaboratory America Inc. d/b/a TSK Laboratory America (collectively, "TSK Europe" or "Plaintiffs") and Defendant Kabushikigaisha Tasuku d/b/a TSK Laboratory, Japan ("TSK Japan") hereby stipulate, pursuant to LR IA 6-1 and 6-2, to extend the time for TSK Europe to file a its reply brief in support of its motion for preliminary injunction. TSK Europe requested TSK Japan's consent to the extension based on the issues raised and the evidence submitted in support of its opposition to the motion. TSK Japan agreed, provided that TSK Europe agree to an additional two week extension for TSK Japan to respond to the complaint. The parties have agreed to these mutual extension requests.

On June 11, 2026, Plaintiffs filed their Complaint. (Dkt. 1.) On June 12, 2026, Plaintiffs filed their Motion for Temporary Restraining Order and Order to Show Cause Regrading Preliminary Injunction (the "Motion"). (Dkt. 7.) On June 23, 2026, the Court granted TSK Japan's request to extend time for it to file its brief in opposition to the Motion to July 13, 2026. (Dkt. 23.) The Opposition was filed on July 13, 2026. (Dkt. 33.) Currently, Plaintiffs' Reply in support of the Motion is due July 20, 2026 pursuant to the standard briefing schedule.

On June 17, 2026, Plaintiff asserts the Summons, Complaint and other initiating documents were served on Defendant. On June 25, 2026, the Court granted TSK Japan's motion for an extension of time to respond to the Complaint, moving that deadline by 30 days from July 8, 2026 to August 7, 2026. (Dkt. 29.)

The parties have met and conferred and agree to extend certain deadlines as referenced above. Specifically, the parties jointly stipulate and agree to extend Plaintiffs' deadline to reply to the Motion and TSK Japan's deadline to respond to the Complaint by 14 days. Pursuant to this stipulation, Plaintiffs' Reply in support of the Motion shall now be due no later than August 3, 2026, and TSK Japan's response to the Complaint shall be due no later than August 21, 2026.

This is the first stipulation for extension of time regarding Plaintiffs' briefing deadlines and TSK Japan's deadline to respond to the Complaint. In light of the foregoing, the parties jointly stipulate and request that the deadlines for Plaintiffs' Reply in support of the Motion and TSK Japan's response to the Complaint be adjusted as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Reply to the Motion | July 20, 2026 | August 3, 2026 |
| Defendant's Response to the Complaint | August 7, 2026 | August 21, 2026 |

DATED: July 15, 2026

STRADLING YOCCA CARLSON & RAUTH LLP

By: */s/ Salil Bali*

Steve Hanle (*pro hac vice*)
Salil Bali (*pro hac vice*)
Ireland Larsen (*pro hac vice*)

WOMBLE BOND DICKINSON (US) LLP
MENG ZHONG (NV Bar No.: 12145)
8488 Rozita Lee Ave., Suite 400 Las Vegas, NV 89113
Tel.: (702) 949-8200
Meng.Zhong@wbd-us.com

*Attorneys for Plaintiffs TSK Laboratory Europe B.V.; Johnson Global Medical Products Inc., d/b/a TSK Laboratory International, Canada; and ACollaboratory America Inc.*

DATED: July 15, 2026

FOX ROTHSCHILD LLP

By: */s/ Jeff E. Schwartz*

Jeff E. Schwartz
Austen C. Endersby
Cali R. Spota

Jessica E. Brown
Nevada Bar No. 14487
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
Tel: (702) 699-5914
Fax: (702) 597-5503
Jebrown@foxrothschild.com

*Attorneys for Defendant Kabushikigaisha Tasuku d/b/a TSK Laboratory, Japan*

**IT IS SO ORDERED.**



UNITED STATES DISTRICT COURT JUDGE

DATED: July 17, 2026